UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JORGE MONTELONGO ZUNIGA,

    Petitioner,

v.                                                                                               No. 1:25-CV-221-H

TODD LYONS, et al.,

    Respondents.

### SHOW-CAUSE ORDER

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1. Pursuant to 28 U.S.C. § 2243, the Court enters this "order directing the respondent[s] to show cause why the writ should not be granted." The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than November 13, 2025. The petitioner may file a reply to the respondents' answer by no later than November 28, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on October 27, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel prior to moving the petitioner outside of the Northern District of Texas.

Service of this Order, as well as the petition (Dkt. No. 1) and its attachments shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy Larson, by 5:00 p.m. CT on October 24, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on October 24, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE