UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JORGE MONTELONGO ZUNIGA,

   Petitioner,

v.　　　　　　　　　　　　　　　　　　　　No. 1:25-CV-221-H

TODD LYONS, et al.,

   Respondents.

# **FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion and Order, Dkt. No. 10, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied.

The Clerk of Court is directed to close the case.

So ordered on December 29, 2025.

                                                      JAMES WESLEY HENDRIX
                                                    UNITED STATES DISTRICT JUDGE